PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO VASQUEZ CRISTOBAL,<br><br>Defendant. | Case No. 1:23-po-00044-SAB<br><br>[Citation #E1762509 CA/51]<br><br><br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-po-00044-SAB [Citation #E1762509 CA/51] against MARIO VASQUEZ CRISTOBAL, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 10, 2023                              Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                   By:   /s/ *Chan Hee Chu*
                                                CHAN HEE CHU
                                                Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:23-po-00044-SAB [Citation #E1762509 CA/51] against MARIO VASQUEZ CRISTOBAL be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **March 10, 2023**

UNITED STATES MAGISTRATE JUDGE